So Ordered.

Dated: December 20, 2023



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Cynthia J. Zblewski,
      Debtor.

Chapter 13
Case No. 16−26926−beh

## ORDER DENYING REQUEST FOR RELEASE OF UNCLAIMED FUNDS

On December 19, 2023, the Court held a hearing to consider the Affidavit and Request for Release of Unclaimed Funds purportedly filed by the debtor, Cynthia J. Zblewski. The Chapter 13 trustee's attorney, Jennifer Marchinowski, appeared. The debtor did not appear. For the reasons stated on the record at the hearing, including the several discrepancies identified in the request and other requests recently submitted in this district,

IT IS ORDERED: the request for release of unclaimed funds submitted on December 4, 2023, is denied.

#####